# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00073-CV

**Natin Paul, Individually and as Trustee of the Natin Paul Management Trust Dated February 29, 2012, Appellant**

**v.**

**HAR-3M, LLC, Appellee**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-003079, THE HONORABLE MARIA CANTÚ HEXSEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Natin Paul, individually and as trustee of the Natin Paul Management Trust Dated February 29, 2012, has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed on Appellant's Motion

Filed: April 12, 2023